**DISMISS and Opinion Filed May 20, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00375-CV

## IN RE DANIEL K. PODOLSKY, M.D. AND JOHN J WARNER, M.D., Relators

**Original Proceeding from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-22-01316-B**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

Before the Court is relators' May 17, 2022 unopposed motion to dismiss their petition for writ of mandamus. In the motion, relators inform the Court that this original proceeding is moot.

We grant relators' motion and dismiss this original proceeding. We also lift the stay issued by this Court's April 25, 2022 order.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220375F.P05